UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 99-2560-CIV-MORENO/DUBE

H. ROBERT HOLMES, AS TRUSTEE FOR
THE HOLMES FAMILY TRUST, On
Behalf of Himself and All Others Similarly
Situated,

                          Plaintiff,
vs.

DALE S. BAKER, GARLAN
BRAITHWAITE, HAROLD M. WOODY,
JOSEPH E. CIVILETTO, GEORGE F.
BAKER III, JEFFREY N. GREENBLATT,
AVIATION SALES COMPANY and
ARTHUR ANDERSEN LLP,

                          Defendants.



FILED by SC D.C.
AUG 2 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**ORDER GRANTING PLAINTIFFS' REQUEST FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**THIS CAUSE** comes before the Court upon Plaintiffs' request for an award of Attorney's Fees and Reimbursement of Expenses. Upon Consideration of Plaintiffs' request, and the entire record in this action, it is

**ORDERED AND ADJUDGED** that Plaintiffs' request for an award of Attorneys' Fees and Reimbursement of Expenses is **GRANTED**.

    1.    Plaintiffs' Counsel are hereby awarded 30% of the Settlement Fund in attorneys' fees, (the fee shall be comprised of 30% of the cash settlement amount and 30% of the securities) which sum the Court finds to be fair and reasonable, and $300,000 in reimbursement of expenses, which amounts shall be paid to Plaintiffs' Co-Lead Counsel from the Settlement Fund

1

with interest on the cash amount from the date such Settlement Fund was funded to the date of payment at the same rate that the Settlement Fund earns. The award of attorneys' fees shall be allocated among Plaintiffs' Counsel in a fashion which, in the opinion of Plaintiffs' Co-Lead Counsel, fairly compensates Plaintiffs' Counsel for their respective contributions in the prosecution of the Action.

2. In setting the foregoing counsel fee, as a percentage of the common fund recovery obtained for the Class herein, this Court has considered the following factors set forth in Camden I Condominium Association. Inc. v. Dunkle, 946 F.2d 768 (11th Cir. 1991); (1) the novelty and complexity of the federal securities law issues involved; (2) the favorable result obtained for the Class; (3) the fact that this action was prosecuted on a contingent fee basis: (4) the experience of counsel on both sides; and (5) the fee customarily awarded for such litigation in this District and other courts in this Circuit.

IT IS SO ORDERED.

Dated: August 20, 2002

THE HONORABLE FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

## 99-2560-CIV-Moreno Service List

Kenneth J. Vianale, Esq.
Maya Saxena, Esq.
**MILBERG WEISS**
The Plaza, Ste. 900
5355 Town Center Road
Boca Raton, FL 33486

Robert N. Kaplan, Esq.
Laurence D. King, Esq.
Christine M. Comas, Esq.
**KAPLAN, KILSHEIMER & FOX LLP**
805 Third Ave., 22nd Fl.
New York, NY 10022

Myron M. Cherry, Esq.
Matthew D. Tanner, Esq.
**CHERRY & LEHMAN**
30 N. LaSalle St.
Chicago, IL 60602

Stanley H. Wakshlag, Esq.
**AKERMAN SENTERFITT**
One S.E. Third Ave., 28th Fl.
Miami, FL 33131

Jeffrey B. Crockett, Esq.
**ARAGON, BURLINGTON, WEIL & CROCKETT, P.A.**
2699 S. Bayshore Dr.
Miami, FL 33133

Lewis F. Murphy, Esq.
**STEEL, HECTOR & DAVIS**
200 S. Biscayne Blvd.
Miami, FL 33131

Hilarie Bass, Esq.
**GREENBERG TRAURIG**
1221 Brickell Ave.
Miami, FL 33131

Lance A. Harke, Esq.
**HARKE & CLASBY**
Miami Center, Ste. 1050
201 S. Biscayne Blvd.
Miami, FL 33131

Scott B. Schreiber, Esq.
Emily Pasquinelli, Esq.
**ARNOLD & PORTER**
Thurman Arnold Bldg.
555 Twelfth St., N.W.
Washington, D.C. 20004

R. Lawrence Bonner, Esq.
Justin C. Fineberg, Esq.
**HOMER, BONNER & DELGADO, P.A.**
3400 Bank of America Tower
100 S.E. Second St.
Miami, FL 33131